FILED
TARRANT COUNTY
2/13/2015 9:25:24 AM
THOMAS A. WILDER
DISTRICT CLERK

## CAUSE NO. 067-271867-14

| | | |
|---|---|---|
| STEPHANIE STREET-LARSON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ALVIA BLEDSOE, DECEASED, | § § § § § | IN THE DISTRICT COURT |

RECEIVED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
02/13/2015 10:41:22 AM
DEBRA SPISAK
Clerk

*Plaintiff*,

§
§
§

V.

67TH JUDICIAL DISTRICT

§
§

NEXION HEALTH AT NORTH
RICHLAND HILLS, INC. D/B/A GREEN
VALLEY HEALTHCARE AND
REHABILITATION CENTER AND
NEXION HEALTH MANAGEMENT, INC.

§
§
§
§
§
§
§

*Defendants*.

§

TARRANT COUNTY, TEXAS

## DEFENDANTS' NOTICE OF INTERLOCUTORY APPEAL AND AUTOMATIC TRIAL STAY

TO THE HONORABLE COURT:

Please take notice that, pursuant to Texas Rule of Appellate Procedure 26.1(b), Defendants Nexion Health at North Richland Hills, Inc. d/b/a Green Valley Healthcare and Rehabilitation Center and Nexion Health Management, Inc. ("Defendants"), desire to appeal to the Second District Court of Appeals at Fort Worth, Texas, the trial court's January 24, 2015 Order denying Defendants' Motion to Dismiss. *See* Attachment "A." Such Order is subject to an accelerated interlocutory appeal. *See* Tex. Civ. Prac. & Rem. Code § 51.014(a)(9); Tex. R. App. P. 28.1. This notice of appeal is timely filed within twenty days after the trial court's Order was signed. *See* Tex. R. App. P. 26.1(b).

Further, please take notice that the commencement of the trial of this case is automatically stayed pending resolution of the interlocutory appeal. *See* Tex. Civ. Prac. & Rem. Code § 51.014(b).

---

Weston M. Davis is designated as lead counsel for the appeal.

Respectfully submitted,

**MACDONALD DEVIN, P.C.**

By: /s/ Weston M. Davis

**Gregory N. Ziegler**
State Bar No. 00791985
gziegler@macdonalddevin.com
**Jason A. Burris**
State Bar No. 24049591
jburris@MacdonaldDevin.com
**Weston M. Davis**
State Bar No. 24065126
wdavis@macdonalddevin.com

3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270-2130
(214) 744-3300 Telephone
(214) 747-0942 Facsimile

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I undersigned certified that a true and correct copy of the foregoing document has been served on all counsel of record in accordance with the Texas Rules of Civil Procedure on this the 13th day of February, 2015.

/s/ Weston M. Davis
Weston M. Davis

CAUSE NO. 067-271867-14

| | | |
|---|---|---|
| STEPHANIE STREET-LARSON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ALVIA BLEDSOE, Deceased, *Plaintiff,* | § § § § § § § | IN THE 67th JUDICIAL |
| vs. | § § | DISTRICT COURT OF |
| NEXION HEALTH AT NORTH RICHLAND HILLS, INC. D/B/A GREEN VALLEY HEALTHCARE AND REHABILITATION CENTER and NEXION HEALTH MANAGEMENT, INC. D/B/A GREEN VALLEY HEALTHCARE AND REHABILITATION CENTER *Defendants.* | § § § § § § § § § § | TARRANT COUNTY, TEXAS |

## ORDER DENYING DEFENDANTS' MOTION TO DISMISS UNDER THE TEXAS MEDICAL LIABILITY ACT AND OBJECTIONS TO PLAINTIFF'S EXPERT REPORT

On January 22, 2015, the Court considered Defendant Nexion Health at North Richland Hills, Inc. d/b/a Green Valley Healthcare and Rehabilitation Center and Nexion Health Management, Inc. d/b/a Green Valley Healthcare and Rehabilitation Center's Objections to the Report of Plaintiff's Expert Lige B. Rushing under the Texas Medical Liability Act. The Court, having considered the objections and the motion to dismiss and finding Defendants did not show GOOD CAUSE, finds the objections and motion should be and are hereby DENIED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Nexion Health at North Richland Hills, Inc. and Nexion Health Management, Inc.'s Objections to Plaintiff's Expert Report and Motion to Dismiss Under the Texas Medical Liability Act are hereby DENIED.

SIGNED this **24th** day of **January**, 2015.

E-MAILED
1-26-15 Kus

Exhibit A

Court's Minute
Transaction

48 Kus

_(signature)_
HONORABLE JUDGE PRESIDING

Cause No. 67-271867-14
Order
January 24, 2015

Respectfully Submitted,

**CLINESMITH WOOTEN SMITH, LLP**

BY: _(signature)_
Dawn M. Smith
State Bar No. 24079953
1700 Pacific Ave, Suite 1650
Dallas, Texas 75201
214-953-1900 Telephone
214-953-1901 Facsimile
dawn@clinesmithwootensmith.com

Curtis Clinesmith
State Bar No. 24003401
THE CLINESMITH FIRM
1700 Pacific Ave, Suite 1650
Dallas, Texas 75201
214-953-1900 Telephone
214-953-1901 Facsimile
curtis@clinesmithfirm.com

**ATTORNEYS FOR PLAINTIFF**